Leonard SAYE, Plaintiff–Appellant,

v.

Judge Myron E. LEAVITT;  et al., Defendants–Appellees.

No. 00–15892.

D.C. No. CV–99–00041–PMP(RJJ).

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 20, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

■ Leonard Saye appeals pro se the district court's judgment dismissing his civil rights action, arising out of a state-court probate proceeding, which removed Saye as executor and trustee of a family estate. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the existence of subject matter jurisdiction, *Allah v. Superior Court,* 871 F.2d 887, 890 (9th Cir.1989), and may affirm based on any ground supported by the record, *Branson v. Nott,* 62 F.3d 287, 291 (9th Cir.1995).

■ Saye seeks relief in federal court which would amount to an impermissible review of the state court's decision. *See id.* at 291–92. Thus, the district court lacked subject matter jurisdiction over Saye's action. *See id.* at 291.

Saye's remaining contentions lack merit.

We deny all pending motions.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.